DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAPPER MCHAND,**
Appellant,

v.

**LUCIA ALVEZ,**
Appellee.

No. 4D22-1697

[June 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502019DR002004.

Troy William Klein, West Palm Beach, for appellant.

Kristi L. Pitts of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***